ACCEPTED
12-14-00040-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
1/8/2015 11:19:08 AM
CATHY LUSK
CLERK

CAUSE NO. 12-14-00040-CR

| | | |
|---|---|---|
| LAWRENCE KELVIN WALKER, JR. | § | IN THE |
| | § | |
| | § | |
| VS. | § | TWELFTH COURT |
| | § | |
| THE STATE OF TEXAS | § | OF APPEALS |

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
1/8/2015 11:19:08 AM
CATHY S. LUSK
Clerk

### MOTION TO
### EXTEND TIME TO FILE APPELLANT'S PRO SE BRIEF

TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Appellant in the above styled and numbered cause, and moves this Court to grant an extension of time to file appellant's brief, pursuant to Rule 38.6 of the Texas Rules of Appellate Procedure, and for good cause shows the following:

1. This case is on appeal from the 114th Judicial District Court of Smith County, Texas.

2. The case below was styled State v. Lawrence Kelvin Walker, Jr. and numbered 114-1268-13.

3. Appellant was convicted of Indecency with a Child Sexual Contact.

4. Appellant was assessed a sentence of twenty (20) years confinement in the Texas Department of Criminal Justine - Institutional Division.

5. Notice of Appeal was given on February 4, 2014.

6. The Clerk's Record was filed on February 7, 2014; the Reporter's Record was filed on May 11, 2014.

7. The Appellant's Pro Se Brief is due on January 5, 2015. Counsel requests the Court an extension of at least sixty (30) days.

8. Appellant requests an extension of time due to the following facts and circumstances.

   A) Appellant previously was sent to the Texas Department of Criminal Justice-Institutional Division and has had limited access to the law library located within his unit, and no access to the record.

B)    Appellant was recently transported back to the Smith County Jail and has limited access to the law library located in the jail.  Apparently, the law library in Smith County is limited and does not include a set of Southwest Reporters, so Mr. Walker does not have access to caselaw.

C)    Appellant has had limited access to the Clerk's Record and Reporter's Record.  Appellant has requested that these items be provided in paper form so that he can continue working on his pro se brief.  Appellant has not received a response from the Court regarding such request.  On December 30, 2014, the trial court sought guidance from this Court regarding matters raised by Mr. Walker.

D)    It is unknown when Mr. Walker will be returned to a TDCJ unit with a more complete law library, or if he will have access to the record there.

9.    Appellant requests an extension of time due to the above referenced  facts and circumstances.

10.   Appellant prays that this Court grant this Motion to Extend Time to File Appellant's Pro Se Brief for a period of thirty (60) days, and for such other and further relief as the Court may deem appropriate.

Respectfully submitted,


Law Office of James W. Huggler, Jr.
100 E. Ferguson, Suite 805
Tyler, Texas 75702
Tel: (903) 593-2400
Fax: (903) 593-3830

By: /S/ James W. Huggler, Jr.
James W. Huggler, Jr.
State Bar No. 00795437
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on January 8, 2015, a true and correct copy of the above and foregoing document was served on Michael West, Smith County District Attorney's Office, 100 North Broadway, Tyler, Texas 75702, by regular mail, fax, hand delivery, or electronic filing.

/S/ James W. Huggler, Jr.
James W. Huggler, Jr.